FILED
July 21, 2009
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
) Case No. CR.S-09-0026-GEB
Plaintiff, )
v. )
) ORDER FOR RELEASE OF
RACHEL HOLMES, ) PERSON IN CUSTODY
Defendant. )
)

TO:    UNITED STATES MARSHAL:

This is to authorize and direct you to release RACHEL HOLMES, Case No. CR.S-09-0026-GEB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

____    Release on Personal Recognizance

_X_    Bail Posted in the Sum of: $100,000.00.

    _X_    Unsecured Appearance Bond

    ____    Appearance Bond with Surety

    _X_    (Other) Conditions as stated on the record.

    ____    (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at Sacramento, CA on 07/21/09 at 2·35pm

By _____
Edmund F. Brennan
United States Magistrate Judge