Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
RACHEL HOLMES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | 2:09-cr-0026-GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION & ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| v. | ) | |
| RACHEL HOLMES, *et al.*, | ) | |
| Defendants. | ) | |

The parties hereby stipulate to the following:

1    A status conference in this matter is set for August 14, 2009 at 9:00 a.m.

2.    Defense counsel was recently appointed and is in the process of obtaining and reviewing discovery materials. Both parties, therefore, stipulate that the status conference be continued until **September 11, 2009**.

3.    It is further stipulated by the parties that time continue to be excluded to September 11, 2009 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).

DATED: August 13, 2009        /s/ Tim Warriner, Attorney for
                              Defendant RACHEL HOLMES

DATED: August 13, 2009        /s/ Daniel McConkie, Jr.
                              Assistant U.S. Attorney

1

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for August 14, 2009, be continued to September 11, 2009, at 9:00 a.m., and that time is excluded to September 11, 2009, for preparation of counsel under Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

Dated:  August 18, 2009

GARLAND E. BURRELL, JR.
United States District Judge