Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
RACHEL HOLMES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>RACHEL HOLMES, *et al.*,<br><br>　　　　Defendants. | No. CRS 09 0026 GEB<br><br>STIPULATION & ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for September 11, 2009 at 9:00 a.m.

2. Defense counsel recently received new discovery material. Additional time is needed to review the documents, and to meet with client and counsel. Both parties, therefore, stipulate that the status conference be continued until **October 23, 2009**.

3. It is further stipulated by the parties that time continue to be excluded to October 23, 2009 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).


DATED: September 8, 2009     /s/ Tim Warriner, Attorney for
　　　　　　　　　　　　　　Defendant RACHEL HOLMES


DATED: September 8, 2009     /s/ Daniel McConkie, Jr.
　　　　　　　　　　　　　　Assistant U.S. Attorney

1

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for September 11, 2009 be continued to October 23, 2009 at 9:00 a.m., and that time continue to be excluded to October 23, 2009, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

Dated:  September 9, 2009

_____
GARLAND E. BURRELL, JR.
United States District Judge