Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
RACHEL HOLMES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 09 0026 GEB |
| ) | |
| Plaintiff, ) | STIPULATION & ORDER |
| ) | CONTINUING STATUS |
| v. ) | CONFERENCE AND |
| ) | EXCLUDING TIME |
| RACHEL HOLMES, *et al.*, ) | |
| ) | |
| Defendants. ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for October 23, 2009 at 9:00 a.m.

2. Additional time is needed to review discovery materials documents, and to meet with client and government's counsel. Both parties, therefore, stipulate that the status conference be continued until **December 4, 2009**.

3. It is further stipulated by the parties that time continue to be excluded to December 4, 2009 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(8)(B)(iv).


DATED: October 22, 2009          /s/ Tim Warriner, Attorney for
                                  Defendant RACHEL HOLMES


DATED: October 22, 2009          /s/ Daniel McConkie, Jr.
                                  Assistant U.S. Attorney

1

1 ORDER

2   GOOD CAUSE APPEARING, it is hereby ordered that the status conference
3 set for October 23, 2009 be continued to December 4, 2009 at 9:00 a.m., and that
4 time continue to be excluded to December 4, 2009, for preparation of counsel
5 pursuant to Local Code T4, 18 U.S.C. 3161(h)(8)(B)(iv).

Dated:  October 23, 2009

GARLAND E. BURRELL, JR.
United States District Judge