Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
RACHEL HOLMES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CRS 09 0026 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | |
| RACHEL HOLMES, | ) | Date: January 15, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for December 4, 2009 at 9:00 a.m.

2. Additional time is needed to review discovery materials documents, to obtain discovery concerning laboratory analysis, to prepare possible pretrial motions, and to meet with the client and government's counsel. Both parties, therefore, stipulate that the status conference be continued until **January 15, 2010**.

3. It is further stipulated by the parties that time continue to be excluded to January 15, 2010 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(7)(B)(iv).

DATED: December 3, 2009         /s/ Tim Warriner, Attorney for
                                Defendant RACHEL HOLMES

DATED: December 3, 2009         /s/ Daniel McConkie, Jr.
                                Assistant U.S. Attorney

1

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for December 4, 2009 be continued to January 15, 2010 at 9:00 a.m., and that time continue to be excluded to January 15, 2010, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

Dated: 12/8/2009

_____
GARLAND E. BURRELL, JR.
United States District Judge