1  Timothy E. Warriner
   Attorney at Law
2  813 6th St., Suite 450
   Sacramento, CA 95814
3  (916) 443-7141

4  Attorney for defendant,
   RACHEL HOLMES
5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                        EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,       )    No. CRS 09 0026 GEB
                                    )
10              Plaintiff,          )    STIPULATION AND
                                    )              ORDER
11       v.                         )
                                    )
12                                  )    Date: February 12, 2010
   RACHEL HOLMES,                   )    Time: 9:00 a.m.
13                                  )    Judge: Hon. Garland E.
                Defendant.          )    Burrell, Jr.
14                                  )

15 The parties hereby stipulate to the following:

16   1.   A status conference in this matter is set for January 15, 2010 at 9:00 a.m.

17   2.   Additional time is needed to review discovery materials documents, to

18        obtain discovery concerning laboratory analysis, to prepare possible

19        pretrial motions, and to meet with the client and government's counsel.

20        Both parties, therefore, stipulate that the status conference be continued

21        until **February 12, 2010**.

22   3.   It is further stipulated by the parties that time continue to be excluded to

23        February 12, 2010 for preparation of counsel pursuant to local code T4.

24        18 U.S.C. 3161(h)(7)(B)(iv).

25   DATED: January 13, 2010          /s/ Tim Warriner, Attorney for
                                      Defendant RACHEL HOLMES
26

27   DATED: January 13, 2010          /s/ Daniel McConkie, Jr.
                                      Assistant U.S. Attorney
28

                                      1

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for January 15, 2010 be continued to February 12, 2010 at 9:00 a.m., and that time continue to be excluded to February 12, 2010, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

DATED: 1-21, 2010

UNITED STATES DISTRICT JUDGE

2