Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
RACHEL HOLMES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CRS 09 0026 GEB |
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) ) | |
| RACHEL HOLMES, | ) ) ) ) | Date: April 9, 2010 Time: 9:00 a.m. Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for March 12, 2010 at 9:00 a.m.

2. Additional time is needed to review discovery materials, to prepare possible pretrial motions, to review evidence in the custody of federal agents, and to meet with the client and government's counsel. Both parties, therefore, stipulate that the status conference be continued until **April 9, 2010**.

3. It is further stipulated by the parties that time continue to be excluded to April 9, 2010 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(7)(B)(iv).

DATED: March 11, 2010          /s/ Tim Warriner, Attorney for
                                         Defendant RACHEL HOLMES

DATED: March 11, 2010          /s/ Daniel McConkie, Jr.
                                         Assistant U.S. Attorney

1

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for March 12, 2010 be continued to April 9, 2010 at 9:00 a.m., and that time continue to be excluded to April 9, 2010, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

Dated: March 16, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge