Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
RACHEL HOLMES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CRS 09 0026 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | |
| RACHEL HOLMES, | ) | Date: July 9, 2010<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for May 21, 2010 at 9:00 a.m.

2. Additional time is needed to review discovery materials, to prepare possible pretrial motions, to review evidence in the custody of federal agents, and to meet with the client and government's counsel. Both parties, therefore, stipulate that the status conference be continued until **July 9, 2010**.

3. It is further stipulated by the parties that time continue to be excluded to July 9, 2010 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(7)(B)(iv).

DATED: May 19, 2010          /s/ Tim Warriner, Attorney for
                              Defendant RACHEL HOLMES

DATED: May 19, 2010          /s/ Daniel McConkie, Jr.
                              Assistant U.S. Attorney

1

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for May 21, 2010 be continued to July 9, 2010 at 9:00 a.m., and that time continue to be excluded to July 9, 2010, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

Dated: May 19, 2010

GARLAND E. BURRELL, JR.
United States District Judge