1  Timothy E. Warriner
   Attorney at Law
2  813 6th St., Suite 450
   Sacramento, CA 95814
3  (916) 443-7141

4  Attorney for defendant,
   RACHEL HOLMES

5

6

7  IN THE UNITED STATES DISTRICT COURT FOR THE

   EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,            )    No. CRS 09 0026 GEB
                                        )
10         Plaintiff,                   )    STIPULATION AND
                                        )    [PROPOSED] ORDER
11     v.                               )
                                        )
12                                      )    Date: September 3, 2010
   RACHEL HOLMES,                       )    Time: 9:00 a.m.
13                                      )    Judge: Hon. Garland E.
           Defendant.                   )    Burrell, Jr.
14 _____)

15 The parties hereby stipulate to the following:

16   1.   A status conference in this matter is set for July 9, 2010 at 9:00 a.m.

17   2.   Additional time is needed to review discovery materials, to prepare

18        possible pretrial motions, to review evidence in the custody of federal

19        agents, and to meet with the client and government's counsel. Both

20        parties, therefore, stipulate that the status conference be continued until

21        **September 3, 2010**.

22   3.   It is further stipulated by the parties that time continue to be excluded to

23        September 3, 2010 for preparation of counsel pursuant to local code T4.

24        18 U.S.C. 3161(h)(7)(B)(iv).

25   DATED: July 7, 2010              /s/ Tim Warriner, Attorney for
                                      Defendant RACHEL HOLMES
26

27   DATED: July 7, 2010              /s/ Daniel McConkie, Jr.
                                      Assistant U.S. Attorney
28

1

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for July 9, 2010 be continued to September 3, 2010 at 9:00 a.m., and that time continue to be excluded to September 3, 2010, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

Dated: July 9, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge