Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
RACHEL HOLMES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CRS 09 0026 GEB |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | [PROPOSED] ORDER |
| v. ) | |
| ) | |
| ) | Date: October 8, 2010 |
| RACHEL HOLMES, ) | Time: 9:00 a.m. |
| ) | Judge: Hon. Garland E. |
| Defendant. ) | Burrell, Jr. |
| _____ ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for September 3, 2010 at 9:00 a.m.

2. Additional time is needed to review discovery materials, to prepare possible pretrial motions, to review evidence in the custody of federal agents, and to meet with the client and government's counsel. Both parties, therefore, stipulate that the status conference be continued until **October 8, 2010**.

3. It is further stipulated by the parties that time continue to be excluded to October 8, 2010 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(7)(B)(iv).

DATED: September 1, 2010       /s/ Tim Warriner, Attorney for
                               Defendant RACHEL HOLMES

DATED: September 1, 2010       /s/ Daniel McConkie, Jr.
                               Assistant U.S. Attorney

1

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for September 3, 2010 be continued to October 8, 2010 at 9:00 a.m., and that time continue to be excluded to October 8, 2010, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

Dated: 9/2/10

_____
GARLAND E. BURRELL, JR.
United States District Judge

2