Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
RACHEL HOLMES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,    Plaintiff,        v.  RACHEL HOLMES,    Defendant. | No. CRS 09 0026 GEB  STIPULATION AND [PROPOSED] ORDER  Date: November 19, 2010  Time: 9:00 a.m.  Judge: Hon. Garland E. Burrell, Jr. |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for October 8, 2010 at 9:00 a.m.

2. Additional time is needed to review discovery materials, to prepare possible pretrial motions, to review evidence in the custody of federal agents, and to meet with the client and government's counsel. Both parties, therefore, stipulate that the status conference be continued until **November 19, 2010**.

3. It is further stipulated by the parties that time continue to be excluded to November 19, 2010 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(7)(B)(iv).

DATED: October 7, 2010    /s/ Tim Warriner, Attorney for Defendant RACHEL HOLMES

DATED: October 7, 2010    /s/ Daniel McConkie, Jr. Assistant U.S. Attorney

1

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for October 8, 2010 be continued to November 19, 2010 at 9:00 a.m., and that time continue to be excluded to November 19, 2010, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

Dated: October 8, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge