1  Timothy E. Warriner
   Attorney at Law
2  813 6th St., Suite 450
   Sacramento, CA 95814
3  (916) 443-7141

4  Attorney for defendant,
   RACHEL HOLMES

5

6
                IN THE UNITED STATES DISTRICT COURT FOR THE
7
                       EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,         )    No. CRS 09 0026 GEB
                                      )
10            Plaintiff,              )    STIPULATION AND
                                      )    [PROPOSED] ORDER
11       v.                           )
                                      )
12                                    )    Date: December 10, 2010
   RACHEL HOLMES,                     )    Time: 9:00 a.m.
13                                    )    Judge: Hon. Garland E.
              Defendant.              )    Burrell, Jr.
14 _____   )

15 The parties hereby stipulate to the following:

16   1.   A status conference in this matter is set for November 19, 2010 at 9:00

17        a.m.

18   2.   Additional time is needed to review discovery materials, to prepare

19        possible pretrial motions, to review evidence in the custody of federal

20        agents, and to meet with the client and government's counsel.  Both

21        parties, therefore, stipulate that the status conference be continued until

22        **December 10, 2010**.

23   3.   It is further stipulated by the parties that time continue to be excluded to

24        December 10, 2010 for preparation of counsel pursuant to local code T4.

25        18 U.S.C. 3161(h)(7)(B)(iv).

26   DATED: November 16, 2010        _____ /s/ Tim Warriner, Attorney for
                                            Defendant RACHEL HOLMES
27
     DATED: November 16, 2010        _____ /s/ Daniel McConkie, Jr.
28                                          Assistant U.S. Attorney

                                     1

### ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for November 19, 2010 be continued to December 10, 2010 at 9:00 a.m., and that time continue to be excluded to December 10, 2010, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

DATED: November 17, 2010

_____
GARLAND E. BURRELL, JR.
United States District Judge