Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
RACHEL HOLMES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CRS 09 0026 GEB |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND [PROPOSED] ORDER |
| v. | ) | |
| RACHEL HOLMES, | ) | Date: January 7, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |
| Defendant. | ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for December 10, 2010 at 9:00 a.m.

2. Additional time is needed to review discovery materials, to prepare possible pretrial motions, to review evidence in the custody of federal agents, and to meet with the client and government's counsel. Both parties, therefore, stipulate that the status conference be continued until **January 7, 2011**.

3. It is further stipulated by the parties that time continue to be excluded to January 7, 2011 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(7)(B)(iv).

DATED: December 8, 2010         /s/ Tim Warriner, Attorney for
                                Defendant RACHEL HOLMES

DATED: December 8, 2010         /s/ Daniel McConkie, Jr.
                                Assistant U.S. Attorney

1

1
2
3                                    ORDER
4      GOOD CAUSE APPEARING, it is hereby ordered that the status conference
5 set for December 10, 2010 be continued to January 7, 2011 at 9:00 a.m., and that
6 time continue to be excluded to January 7, 2010, for preparation of counsel
7 pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).
8
9      DATED: 12/8/10
10                                     GARLAND E. BURRELL, JR.
                                       United States District Judge
11
12
...
28

2