1  Timothy E. Warriner
   Attorney at Law
2  813 6th St., Suite 450
   Sacramento, CA 95814
3  (916) 443-7141

4  Attorney for defendant,
   RACHEL HOLMES

5

6
                    IN THE UNITED STATES DISTRICT COURT FOR THE
7
                           EASTERN DISTRICT OF CALIFORNIA
8

9  UNITED STATES OF AMERICA,          )      No. CRS 09 0026 GEB
                                       )
10          Plaintiff,                 )      STIPULATION AND
                                       )      ORDER
11     v.                              )
                                       )
12                                     )      Date: February 4, 2011
   RACHEL HOLMES,                      )      Time: 9:00 a.m.
13                                     )      Judge: Hon. Garland E.
            Defendant.                 )      Burrell, Jr.
14 _____)

15 The parties hereby stipulate to the following:

16   1.   A status conference in this matter is set for January 7, 2011 at 9:00 a.m.

17   2.   Additional time is needed to review discovery materials, to prepare

18        possible pretrial motions, to review evidence in the custody of federal

19        agents, and to meet with the client and government's counsel.  Both

20        parties, therefore, stipulate that the status conference be continued until

21        **February 4, 2011**.

22   3.   It is further stipulated by the parties that time continue to be excluded to

23        February 4, 2011 for preparation of counsel pursuant to local code T4.  18

24        U.S.C. 3161(h)(7)(B)(iv).

25   DATED: January 4, 2011           /s/ Tim Warriner, Attorney for
                                      Defendant RACHEL HOLMES
26
     DATED: January 4, 2011           /s/ Daniel McConkie, Jr.
27                                    Assistant U.S. Attorney

28

                                        1

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for January 7, 2011 be continued to February 4, 2011 at 9:00 a.m., and that time continue to be excluded to February 4, 2011, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

_____
GARLAND E. BURRELL, JR.
United States District Judge