Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
RACHEL HOLMES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,        ) | No. 2:09-cr-00026 KJM |
| )   Plaintiff,                              ) | STIPULATION AND ORDER |
| v.                                             ) | |
| )                                              ) | Date: March 3, 2011 |
| RACHEL HOLMES,                    ) | Time: 10:00 a.m. |
| )                                              ) | Judge: Hon. Kimberly J. Mueller |
| Defendant.                            ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter is set for February 3, 2011 at 10:00 a.m.

2. Additional time is needed to review discovery materials, to prepare possible pretrial motions, to review evidence in the custody of federal agents, and to meet with the client and government's counsel to discuss case resolution. Both parties, therefore, stipulate that the status conference be continued until **March 3, 2011 at 10:00 a.m.**

3. It is further stipulated by the parties that time continue to be excluded to March 3, 2011 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(7)(B)(iv).

DATED: February 1, 2011         /s/ Tim Warriner, Attorney for
                                                  Defendant RACHEL HOLMES

DATED: February 1, 2011         /s/ Daniel McConkie, Jr.
                                                  Assistant U.S. Attorney

1

## ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for February 3, 2011 be continued to March 3, 2011 at 10:00 a.m., and that time continue to be excluded to March 3, 2011, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).  All counsel is advised that they are required to attend the status conference now set for March 3, 2011, and that no continuance of that date will be granted.  .

DATED: February 1, 2011.

_____
UNITED STATES DISTRICT JUDGE