Timothy E. Warriner
Attorney at Law
813 6th St., Suite 450
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
RACHEL HOLMES

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 2:09-cr-0026 KJM |
|---|---|---|
| Plaintiff, | ) | AMENDED STIPULATION AND ORDER |
| v. | ) | |
| RACHEL HOLMES, | ) | Date: April 28, 2011<br>Time: 10:00 a.m.<br>Judge: Hon. Kimberly J. Mueller |
| Defendant. | ) | |

The parties hereby stipulate to the following:

1. A status conference in this matter was set for April 28, 2011 at 10:00 a.m.

2. Counsel for co-defendant Andre Reese filed a stipulation and order continuing the status conference to May 19, 2011 and excluding time to that date. As a result of emails exchanged between counsel, counsel for co-defendant Rachel Holmes mistakenly believed that Ms. Holmes was included in the co-defendant's stipulation, and that the matter had been taken off calendar. Immediately upon learning that Ms. Holmes' matter was on calendar, counsel for Holmes appeared in the courtroom and was informed that the matter had been continued to May 19. It was the intent of the parties that Ms. Holmes' matter also be continued to May 19, 2011, and that time be excluded to that date.

3. Both counsel have engaged in plea discussions, and additional time is needed to complete plea negotiations review the draft plea agreement.

1

Therefore, both parties stipulate that the status conference be continued until **May 19, 2011**.

4. It is further stipulated by the parties that time continue to be excluded to May 19, 2011 for preparation of counsel pursuant to local code T4. 18 U.S.C. 3161(h)(7)(B)(iv). Attorney preparation is necessary to complete plea negotiations, to review materials with the client, and to prepare for entry of plea.

DATED: April 28, 2011                /s/ Tim Warriner, Attorney for
                                     Defendant RACHEL HOLMES

DATED: April 28, 2011                /s/ Daniel McConkie, Jr.
                                     Assistant U.S. Attorney

ORDER

GOOD CAUSE APPEARING, it is hereby ordered that the status conference set for April 28, 2011 is continued to May 19, 2011 at 10:00 a.m., and that time continues to be excluded to May 19, 2011, for preparation of counsel pursuant to Local Code T4, 18 U.S.C. 3161(h)(7)(B)(iv).

DATED:  April 29, 2011.

_____
UNITED STATES DISTRICT JUDGE