Tim Warriner (SB#166128)
Attorney at Law
660 J St., Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Rachel Holmes

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | Case No. 09-cr-00026 KJM |
| ) | |
| Plaintiff,   ) | STIPULATION AND ORDER |
| ) | CONTINUING JUDGMENT AND |
| ) | SENTENCING DATE |
| vs.   ) | |
| ) | |
| RACHEL HOLMES,   ) | |
| ) | |
| Defendant.   ) | |

This matter is now set for judgment and sentencing to occur on August 25, 2011. Defense counsel has been in trial in *People* v. *Ramirez* (Sacramento Superior Court, No. 09F04168) since June 9, 2011, and the trial is ongoing. For the purpose of providing the defense additional time to meet with and to provide information to the United States Probation Officer, both parties hereby agree and stipulate that the date for judgment and sentencing shall be continued to September 29, 2011, and that the August 25, 2011 hearing be vacated. The parties hereby request that the court adopt the following schedule concerning the presentence investigation report:

Reply or statement of non-opposition:               9/22/11

Motion for correction of Pre-Sentence
Report filed with court and served on
The Probation Officer and opposing
Counsel no later than:                              9/15/11

| | |
|---|---|
| The Pre-Sentence Report shall be Filed with the court and disclosed to Counsel no later than: | 9/8/11 |
| Counsel's informal written objections To the Pre-Sentence Report shall be Delivered to the Probation Officer And opposing counsel no later than: | 9/1/11 |
| The Proposed Pre-Sentence Report Shall be disclosed to counsel no later Than: | 8/25/11 |

DATED: July 18, 2011                    /s/ Timothy E. Warriner, Attorney for Defendant, Rachel Holmes

DATED: July 18, 2011                    /s/ Daniel S. McConkie, Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING and pursuant to the stipulation of the parties, judgment and sentencing set for August 25, 2011 is vacated and re-set for September 29, 2011 at 10:00 a.m.  The court adopts the schedule concerning the pre-sentence report pursuant to the stipulation of the parties and as set forth above.

DATED:  July 25, 2011.

_____
UNITED STATES DISTRICT JUDGE