Tim Warriner (SB#166128)
Attorney at Law
660 J St., Suite 390
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Rachel Holmes

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>RACHEL HOLMES,<br><br>　　　　　Defendant. | Case No. 09-cr-00026 KJM<br><br>STIPULATION AND ORDER<br>CONTINUING JUDGMENT AND<br>SENTENCING DATE |

　　　　This matter is now set for judgment and sentencing to occur on September 29, 2011. Counsel and Ms. Holmes have met with the United States Probation Officer and are in the process of providing information relating to the preparation of a presentence investigation report. Both defense counsel and the United States Probation Officer need additional time to complete the process of preparing the presentence investigation report, and are therefore requesting a continuance. Counsel for the Government stipulates and agrees that the date for Judgment and Sentence should be moved to November 10, 2011, at 10:00 a.m., and that the parties should adopt the following schedule concerning the presentence investigation report.

　　　　Reply or statement of non-opposition:　　　　11/3/11

　　　　Motion for correction of Pre-Sentence
　　　　Report filed with court and served on
　　　　The Probation Officer and opposing
　　　　Counsel no later than:　　　　　　　　　　　　10/27/11

1

| | |
|---|---|
| The Pre-Sentence Report shall be Filed with the court and disclosed to Counsel no later than: | 10/20/11 |
| Counsel's informal written objections To the Pre-Sentence Report shall be Delivered to the Probation Officer And opposing counsel no later than: | 10/13/11 |
| The Proposed Pre-Sentence Report Shall be disclosed to counsel no later Than: | 10/6/11 |

DATED: August 12, 2011          /s/ Timothy E. Warriner, Attorney for Defendant, Rachel Holmes

DATED: August 12, 2011          /s/ Daniel S. McConkie, Assistant U.S. Attorney

## ORDER

GOOD CAUSE APPEARING and pursuant to the stipulation of the parties, judgment and sentencing is re-set for November 10, 2011 at 10:00 a.m. The September 29, 2011 date is hereby vacated. The court adopts the schedule concerning the pre-sentence report pursuant to the stipulation of the parties and as set forth above.

DATED: August 22, 2011.

_____
UNITED STATES DISTRICT JUDGE