Timothy E. Warriner (SB#166128)
Attorney at Law
428 J St., Suite 350
Sacramento, CA 95814
(916) 443-7141

Attorney for defendant,
Rachel Holmes

FILED
OCT 3 1 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTSRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  ) Case No. 09-cr-00026 KJM
                           )
        Plaintiff,         ) ~~PROPOSED~~ ORDER SEALING REPORT
                           ) Local Rule 141(b)
    vs.                    )
                           )
RACHEL HOLMES,             )
                           )
        Defendant.         )

IT IS HEREBY ORDERED that the 9 page psychological report of Dr. Linda S. Barnard, Ph.D. dated February 16, 2012 be sealed indefinitely. Access to said report is hereby granted to counsel for the government, Daniel McConkie, or to any Assistant U.S. Attorney assigned to the case.

DATED: 10/31, 2012

_____
UNITED STATES DISTRICT JUDGE

1